UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ARTUR AYRAPETYAN, | } No. 5:26-cv-02317-JDE |
| Petitioner, | } |
| v. | } JUDGMENT |
| WARDEN FACILITY ADMINISTRATOR, Adelanto ICE Processing Center, et al., | } |
| Respondents. | } |

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed without prejudice, except for Petitioner's substantive due process claim, which is dismissed with prejudice.

Dated: May 14, 2026

_____
JOHN D. EARLY
United States Magistrate Judge